IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE NIFEDIPINE ANTITRUST LITIGATION | Civil Action No. 1:03-MC-223 (RJL) |
| This Document Relates To: | MDL No. 1515 |
| **ALL ACTIONS** | Honorable Richard J. Leon |

## ALL PARTIES' PROPOSED AGENDA FOR
## OCTOBER 7, 2009 SUMMARY JUDGMENT HEARING

As requested by the Court at the August 4, 2009 status conference, Plaintiffs and Defendants hereby respectfully submit their proposed agenda for the October 7, 2009 hearing on Defendants' three pending motions for summary judgment.

The parties have conferred and agreed to the following motion sequence:

| Motion | Moving counsel | Responding counsel |
|---|---|---|
| Biovail/Elan | Ronald Rauchberg/ Paul Friedman | Richard Kilsheimer/ Scott Perwin |
| Teva | William Rooney | Bruce Gerstein |
| "Umbrella Damages" | Paul Friedman | David Sorensen |

The parties propose to allocate the time as follows: 90 minutes to the Biovail/Elan motion; 60 minutes to the Teva motion; and 40 minutes to the "Umbrella Damages" motion. The parties also propose a 10 minute break after both the Biovail/Elan and Teva motions. This proposal adds a total of 10 minutes to the schedule discussed at the August 4, 2009 status conference. If this is acceptable to the Court, the parties will finish their presentations at 5:30 pm.

Dated: October 5, 2009

Respectfully submitted,

*[signature: Paul H Friedman]*

Paul H. Friedman (DC Bar No. 290635)
Michael D. Farber (DC Bar No. 449125)
DECHERT LLP
1775 I Street NW
Washington, DC  20006
Tel:  (202) 261-3300
Fax: (202) 261-3333

Lisa Levine Kempner (DC Bar No. 454784)
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA  19104
Tel:  (215) 994-4000
Fax: (215) 994-2222
*Counsel for Defendants Elan Corporation, plc, Elan Pharmaceutical Research Corporation and Elan Pharmaceuticals, Inc.*

*And for purposes of this Agenda Only, on behalf of All Parties*