UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE NIFEDIPINE ANTITRUST LITIGATION <br><br> This Document Relates to <br> ALL ACTIONS | ) ) ) ) ) Civ. Action No. 1:03-ms-223 (RJL) ) ) ) ) |

ORDER

Upon consideration of the parties' Joint Status Conference Report [#300], it is, this 28th day of November, 2009, hereby

**ORDERED** that Biovail's Motion for Protective Order and to Compel Discovery [#120] is marked as **WITHDRAWN** by the parties, and it is further

**ORDERED** that Plaintiffs SAJ and Stephen L. LaFrance Holdings, Inc.'s Motion to Amend/Correct Paragraphs 7 and 8 of the Second Consolidated Amended Class Action Complaint [#147] is **GRANTED** and that the amended complaint be deemed filed, and it is further

**ORDERED** that Motion for Issuance of Letters Rogatory [#165] is **DENIED** as moot, and it is further

**ORDERED** that Defendants' Motion to Compel Discovery Related to Procardia XL [#166] is marked as **WITHDRAWN** by the parties, and it is further

**ORDERED** that Motion to Expedite for Issuance of Letters Rogatory [#171] is **DENIED** as moot, and it is further

**ORDERED** that Plaintiff's Motion for Issuance of Letters Rogatory [#181] is **DENIED** as moot, and it is further

**ORDERED** that Sherman Class Plaintiff's Omnibus Motion to Compel Against All Defendants [#196] is marked as **WITHDRAWN** by the parties, and it is further

**ORDERED** that Biovail's Cross Motion to Compel plaintiffs to respond to contention interrogatories [#199] is marked as **WITHDRAWN** by the parties.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge